**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DANIEL JOHNSON** | * | **CIVIL ACTION NO: 2:24-CV-02257** |
| **VERSUS** | * | **JUDGE LANCE M. AFRICK** |
| **OFFSHORE SERVICE VESSELS, LLC** | * | **MAGISTRATE KAREN WELLS ROBY** |
| **AND MARTIN DAVIS** | | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOW INTO COURT, comes Broussard, David & Moroux (and attorneys, Jerome H. Moroux, Emily C. Borgen, and Joshua R. Marques), who move this Court for an order allowing them to withdraw as counsel of record for Plaintiff, Daniel Johnson.

On August 18, 2025, Plaintiff contacted the undersigned via letter. This communication has given rise to a conflict of interest that prevents undersigned counsel from continued representation in this matter. Pursuant to Local Rule 83.2.11, Mr. Johnson's current address is 315 Amesbury Drive, Apt. 109, Lafayette, LA 70507. Mr. Johnson has been provided his entire case file and had been notified of all deadlines and pending court appearances, His phone number is 337-326-9903.

WHEREFORE, the undersigned prays that this motion be granted and respectfully requests an order allowing the withdrawal of Jerome H. Moroux, Emily C. Borgen, Joshua R. Marques, and the law firm Broussard, David & Moroux, as counsel of record for Daniel Johnson.

1

Respectfully submitted,

BROUSSARD, DAVID & MOROUX

*/s/ Joshua R. Marques*
JEROME H. MOROUX (#32666)
EMILY C. BORGEN (#35441)
JOSHUA R. MARQUES (#40864)
557 Jefferson Street
P.O. Box 3524
Lafayette, Louisiana 70502-3524
PH: 337-233-2323
FX: 337-233-2353
EMAIL: jerome@bdm.law
EMAIL: eborgen@bdm.law
EMAIL: josh@bdm.law
ATTORNEY FOR PETITIONER,
DANIEL JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2025, a copy of the foregoing Motion to Enroll as Additional Counsel of Record was filed electronically with the Clerk of Court using the MC/EFC system. Notice of this filing will be sent to Defendants' counsel by operation of the court's electronic filing system.

*/s/ Joshua R. Marques*
JOSHUA R. MARQUES